**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL HOLDER, JR. and HEATHER WILLIAMS, Individually and as Administrators of the Estate of Michael Karl Holder, deceased,<br><br>    Plaintiffs,<br><br>        v.<br><br>WILFREDO SUAREZ, Individually, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-14-1789<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 17th day of September, 2014, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiffs fail to do so, the action will be dismissed.

                                                                  /s/ A. Richard Caputo
                                                                 A. Richard Caputo
                                                                 United States District Judge