IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HOLDER, JR. AND HEATHER WILLIAMS, Individually and as Administrators of the Estate of Michael Karl Holder, Deceased,<br><br>**Plaintiff(s),**<br><br>v.<br><br>WILFREDO SUAREZ, Individually, WILFREDO SUAREZ d/b/a SUAREZ TRUCKING, LLC, EVANS DELIVERY COMPANY, INC., EVANS DELIVERY COMPANY, INC., d/b/a ALL POINTS TRANSPORTATION and INTERPOOL d/b/a INTERMODAL,<br><br>**Defendant(s)/ Third-Party Plaintiff(s),**<br><br>v.<br><br><br><br>**Third-Party Defendant(s).** | Civil Action No. 3:14-CV-1789-ARC |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Evans Delivery Company, Inc., makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☒ YES      ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    ENC Acquisition Corporation is the corporate parent of Evans Delivery Company, Inc.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    No publicly held corporation owns 10% or more of the stock of Evans Delivery Company, Inc.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: 11/20/14